UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

In re                              )    Case No. 10-60340-7
                                   )
JON PAUL RUPP,                     )    Declaration by Debtor(s)
                                   )    Not Represented by an Attorney
              Debtor.              )

---

1. I am the debtor in the above referenced bankruptcy case.

*  *  *  *  Answer all questions. If a question is not applicable, write "N/A".  *  *  *  *

2. Day-time telephone number(s): _406 - 360 - 6994_
   Home telephone number(s): _406 - 360 - 6994_

3. Current Address _7431 Clarks Camp Rd. Sula, MT 59871_

4. I purchased the bankruptcy forms from _____

5. I paid $ _799_ for the bankruptcy forms.

*If you received assistance in the preparation of your bankruptcy documents, either in person or on the Internet, answer the following questions:*

6. I used a bankruptcy petition preparer (either a paralegal, typing service, or any other person, or Internet website) who assisted me in preparing my bankruptcy documents. The name, telephone number, and address of the petition preparer or other person who assisted me was:

   Name: _Kelly Robbennolt_  Telephone No. _801 - 787 - 6398_

   Address (including Internet Address): _____

7. I paid the petition preparer $ _0_ .

8. I still owe the petition preparer $ _799_ .

9. I paid the petition preparer: Cash____ ; Check____ ; Money Order____

10. The amount paid did [   ]; or did not [ X ] include the bankruptcy filing fee.

- 1 -

11. The amount paid did [ ]; or did not [ X ] include the cost of the bankruptcy forms or other documents.

12. I paid the bankruptcy court's filing fee: directly to the petition preparer [ ]; or directly to the clerk of the bankruptcy court [ ]. I paid a fee of $ NA

13. I am paying the bankruptcy filing fee in installments: Yes [ ]; No [ X ].

14. I filed [ X ]; or the petition preparer filed [ ] the bankruptcy documents with the clerk of the bankruptcy court.

15. The petition preparer did [ X ]; or did not [ ] provide me a copy of the bankruptcy documents at the time I signed them.

16. The petition preparer did [ ]; or did not [ X ] sign my name [our names] to any bankruptcy documents.

17. I thought [ ]; or did not think [ X ] I was going to see a lawyer.

18. If you were referred to an attorney for additional bankruptcy related services, how much did you pay: $ NA ; what services were provided to you: _____ ; and what was the attorney's name: _____ .

19. The petition preparer advised me which type of bankruptcy case to file (chapter 7 or chapter 13): Yes [ X ]; or No [ ]; or explained to me the different types of bankruptcy: Yes [ X ]; or No [ ].

20. The petition preparer advised me how to schedule my debts (secured, priority, or general unsecured) on the forms: Yes [ X ]; or No [ ]; or explained to me the differences between the different types of debts: Yes [ X ]; or No [ ].

21. The petition preparer advised me which exemptions to claim or the amount of exemptions to list: Yes [ X ]; or No [ ]; or provided other information or advice regarding my exemptions (what property I could keep): Yes [ ]; or No [ X ].

22. The petition preparer advised me which statutes to list on Schedule C pertaining to my claims of exemption, under the column entitled "Specific Law Providing Each Exemption": Yes [ X ]; or No [ ]; or, if not, I found out which statutes to list on Schedule C as follows: _____

23. The petition preparer advised me which box to check on Schedule C where there are two choices entitled either 11 U.S.C. § 522(b)(1), or 11 U.S.C. § 522(b)(2): Yes [ X ]; or No [ ]; or, if not, I found out which box to check as follows:
   _____
   _____

24. The petition preparer advised me whether I should surrender, retain, redeem or reaffirm certain of my property: Yes [ ]; No [ X ]; or explained these terms or concepts to me: Yes [ X ]; or No [ ]; or, if not, I found out about the meaning of these terms as follows:
   _____
   _____

25. The petition preparer advised me which of my debts would or would not be eliminated or "discharged" in my bankruptcy: Yes [ ]; or No [ X ].

26. The petition preparer answered some questions I had concerning my bankruptcy documents or about bankruptcy in general: Yes [ X ]; or No [ ]. If so, the questions I had and the answers the petition preparer gave were:
   _____
   _____

27. I found the petition preparer through:
   [ ] Newspaper Advertisement      [ ] Word of Mouth
   [ ] Yellow Pages                 [ X ] Internet
   [ ] Friend
   [ ] Other (Please identify source)_____

I declare, under penalty of perjury, that the foregoing is true and correct.

_____        _5/21/10_____
Signature of Debtor                     Date